**DISMISSED and Opinion Filed May 3, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00933-CV

**UBER TECHNOLOGIES, INC. AND RASIER, LLC, Appellants**
**V.**
**MARVIN SLOVAK AND KATRINA SLOVAK BOTH INDIVIDUALLY AND AS REPRESENTATIVES OF, HEIRS TO AND BENEFICIARIES OF THE ESTATE OF ELIZABETH SLOVAK, DECEASED, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04447-E**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Garcia
Opinion by Justice Garcia

Appellants have filed an unopposed motion to dismiss their appeal. We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

220933F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

UBER TECHNOLOGIES, INC. AND RASIER, LLC, Appellants

No. 05-22-00933-CV      V.

MARVIN SLOVAK AND KATRINA SLOVAK BOTH INDIVIDUALLY AND AS REPRESENTATIVES OF, HEIRS TO AND BENEFICIARIES OF THE ESTATE OF ELIZABETH SLOVAK, DECEASED, Appellees

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-04447-E.
Opinion delivered by Justice Garcia. Justices Reichek and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED**, subject to any agreement of the parties, that each party bear its own costs of this appeal.

Judgment entered this 3rd day of May 2023.